**STATE of Missouri, ex rel. Chris KOSTER, Missouri Attorney General, Appellant,**

**v.**

**John Q. HUDDLESTON, Respondent.**

**No. WD 71458.**

Missouri Court of Appeals, Western District.

Dec. 14, 2010.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 1, 2011.

Application for Transfer Denied March 29, 2011.

Laura E. Elsbury, Esq., Jefferson City, MO, for appellant.

David B. Mandelbaum, Esq., Leawood, KS, for respondent.

Before: MARK D. PFEIFFER, P.J., and VICTOR C. HOWARD and ALOK AHUJA, JJ.

**ORDER**

PER CURIAM:

The State of Missouri appeals a judgment entered in favor of inmate-defendant John Q. Huddleston in proceedings under the Missouri Incarceration Reimbursement Act, §§ 217.825–217.841, RSMo ("MIRA"). On appeal, the State raises the same issues concerning the interpretation of MIRA's homestead exemption, § 217.827(1)(b)a, RSMo, as it raised in *State ex rel. Koster v. Quick,* No. WD71459, also decided today. Based on our decision in *Quick,* and as more fully explained in an unpublished memorandum provided to the parties, the judgment is affirmed. Rule 84.16(b).